AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUL -2 PM 2:06

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 2:20-mj-453
the premises located at 7603 Sessis Drive, Columbus, Ohio )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

7603 Sessis Drive, Columbus, Ohio being a two-story, single family residence with an attached garage. "7603" is posted above the front door. The front door is white with light green trim around it. The exterior is tan vinyl siding. The windows have dark green shutters.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A

**YOU ARE COMMANDED** to execute this warrant on or before ___7-16-20___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Any MJ_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___6-26-20 @ 4:44 pm___     _____
                                                                                                        *Judge's signature*

City and state: ___Columbus, Ohio___     Magistrate Judge Chelsey Vascura
                                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>6/29/2020  0900 | Copy of warrant and inventory left with:<br>ARTAYAU BEST |
| Inventory made in the presence of: TFO CHRIS ELLISON | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>SEE ATTACHED DEA 12'S | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/29/2020

_____
Executing officer's signature

TFO ANDREW WUERTZ
_____
Printed name and title

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

7603 Sessis Dr
Columbus OH, 43085
1 of 2

FILE NO. IB-20-0034

G-DEP IDENTIFIER

FILE TITLE

DATE 6-29-20

DIVISION/DISTRICT OFFICE

DEA CDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | US Currency | |
| 1 | Keltec #J5C37 | |
| 2 | Loaded AK Magazines | |
| 1 | AK #M92PV069543 | |
| 1 | Packaging Material w/ Residue | |
| 3 | Bottles w/ Residue | |
| 2 | Bags Marijuania | |
| 1 | Bag Marijuana | |
| 4 | Bags Marijuana Seeds | |
| 3 | Bags w/ Marijuana Residue | |
| 1 | Bag Misc Papers and Packaging Materials | |
| 1 | Bag White Compressed Powder | |
| 1 | Misc Packaging Material | |
| 1 | Bag Pink Pills | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
TFO Ellison

WITNESSED BY (Signature)
TFO

NAME AND TITLE (Print or Type)
TFO Andrew Wuertz

FORM DEA-12 (9-00) Previous editions obsolete

## U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)

7603 SESSIS DR
COLUMBUS OH, 43085
2 OF 2

**FILE NO.** IB-20-6034

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 6-29-20

**DIVISION/DISTRICT OFFICE**

DEA CDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | MISC PAPERS | |
| 1 | USB MEDIA DRIVE | |
| 1 | GLOCK MAGAZINE W/ 9MM AMMO | |
| 1 | DRUG PRESS W/ JACK | |
| 1 | 16 BOTTLES OF UNKNOWN POWDER, 1 BAR UNKNOWN | |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)** TFO ELLISON

**WITNESSED BY (Signature)** TFO

**NAME AND TITLE (Print or Type)** TFO ANDREW WUERTZ

FORM DEA-12 (9-00) Previous editions obsolete